UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRAND ADVANCE, LLC,

                  Plaintiff,

-v-

BRAND ADVANCE UK, *et al.*,

                  Defendants.

24-CV-8610 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    On consent of the Plaintiff, this case is hereby transferred to the United States District Court for the Eastern District of New York. The transfer shall be effectuated forthwith.

    SO ORDERED.

Dated: December 4, 2024
       New York, New York

_____
J. PAUL OETKEN
United States District Judge