UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------x

 BRAND ADVANCE LLC,

                    Plaintiff,                    **MEMORANDUM & ORDER**
                                                  24-CV-8384(EK)(PCG)
               -against-

 BRAND ADVANCE UK et al.,

                    Defendants.

--------------------------------------x

ERIC KOMITEE, United States District Judge:

        The Court has received Magistrate Judge Cross-Goldenberg's Report and Recommendation (R&R) dated January 27, 2026.  ECF No. 72.  Judge Cross-Goldenberg recommends that the Court grant plaintiff's motion for default judgment, award $3,000,000 in statutory damages, and enter plaintiff's proposed injunction permanently prohibiting defendants from using the Brand Advance mark.  She also recommends that the Court deny plaintiff's requests for attorney's fees and costs without prejudice and with leave to renew.  No party has filed objections and the time to do so has expired.  Accordingly, the Court reviews Judge Cross-Goldenberg's recommendation for clear error on the face of the record.  *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord* S*tate Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

Having reviewed the record, I find no error and therefore adopt the R&R in its entirety.  Thus, plaintiff is awarded $3,000,000 in statutory damages.  Plaintiff's requests for attorney's fees and costs are denied without prejudice and with leave to renew by March 6.

BA DIVERSITY MEDIA, INC. and its officers, agents, servants, employees, and attorneys, including defendant Kenna, are permanently enjoined as follows:

A.    BADM is enjoined from all actions (whether taken domestically or outside of the United States) taken for the purposes of directly or indirectly advertising, marketing and soliciting activities within the United States which utilize any trademark, name, logo, design, trade dress, or source designation of any kind on or in connection with BRAND ADVANCE that is likely to cause confusion, mistake, deception, or public misunderstanding that such goods or services are associated with, sponsored by, endorsed by, or approved by BRAND ADVANCE, LLC,.

B.    BADM is also enjoined from performing any advertising, marketing and soliciting activities inside or outside of the United States which directly or indirectly uses any trademark, name, logo, design, trade dress, or source designation of any kind on or in connection with BRAND ADVANCE that is intended to or is likely to cause

confusion, mistake, deception, or public misunderstanding that such goods or services are associated with, sponsored by, endorsed by, or approved by BRAND ADVANCE, LLC with customers in the United States or which solicits business from customers within the United States.

C.   BADM is enjoined from directly or indirectly using the trademark BRAND ADVANCE; including U.S. Trademark Reg. No. 4571611; or any confusingly similar marks (the "Unauthorized Trademarks"), on any online, social media page or text hosted within the United States or which is used to advertise for customers within the United States, which is likely to cause confusion between the source of the goods or services being offered including domains which feature BRAND ADVANCE in the title, URL, or text of any such web or social media page, post or advertisement including in meta data, keywords or any other data or information used in SEO marketing to identify and target customers and shall also take down any infringing page, post, advertising, or text that is currently or hereafter in use.

D.   BADM is enjoined from directly or indirectly using the BRAND ADVANCE Mark in the United States and shall remove from public view all identifying materials and distinctive features bearing or embodying BRAND ADVANCE or the

Unauthorized Trademarks which is likely to confusion consumers in the United States between the source of the goods or services being offered.

The Clerk of Court is respectfully directed to enter judgment and close this case.

SO ORDERED.

_/s/ Eric Komitee_
ERIC KOMITEE
United States District Judge

Dated:    February 13, 2026
          Brooklyn, New York